UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re

Steven Kiril Yarborough and
Barbara Ann Yarborough,

      Debtors.                                       Case No. 13-10-15063 s13

## ORDER CONFIRMING CHAPTER 13 PLAN

The Chapter 13 Plan (as defined in paragraph 2 below) came before the Court for confirmation on the request of the debtor(s) ("Debtor"). After considering the pleadings on file, the Court finds as follows:

1. Debtor filed a chapter 13 plan on October 21, 2010.

2. Debtor filed one or more modifications of the chapter 13 plan: None. The chapter 13 plan and modifications if any together constitute the Chapter 13 Plan.

3. On October 25, 2010, Debtor filed a Notice of Deadline for Filing Objections to Chapter 13 Plan. On October 22, 2010, the notice was mailed to all creditors and other parties in interest. The notice specified that any objection was to be filed with the clerk and a copy served on the attorney for the debtor and the chapter 13 trustee within 28 days of mailing of the notice.

4. The deadline for filing objections expired on November 22, 2010.

5. No objection or other responsive pleading has been timely filed with the clerk, served on the attorney for the debtor, or served on the chapter 13 trustee.

6. Debtor has filed an Affidavit in Support of Confirmation stating s/he is not required by a judicial or administrative order or by statute to pay any domestic support

obligations and that all federal, state and local tax returns required by law have been filed during the 4-year period prior to the filing of this bankruptcy case.

      7. Confirmation of the Chapter 13 Plan constitutes a finding by the Court that Debtor has satisfied all requirements of section 1325 of the Bankruptcy Code.

      IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:

      1. The Chapter 13 Plan (the chapter 13 plan as amended by any subsequent modifications identified above) is confirmed.

*[signature]*

United States Bankruptcy Judge

Date entered on docket: November 29, 2010

Approved:
/s/ks/submitted by email/tk
Kelley Skehen, Chapter 13 Trustee
625 Silver SW, Suite 350
Albuquerque, NM 87102
(505) 243-1335

LAW OFFICE OF GERALD R. VELARDE, P.C.
Approved_____
Gerald R. Velarde
2531 Wyoming Blvd NE
Albuquerque, NM 87112
(505) 248-0050
Attorney for Debtor